**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | SCIONTI CONSTRUCTION GROUP LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3409740 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 411 Theodore Fremd Ave, Suite 206 S<br>Rye, NY 10580<br>Number, Street, City, State & ZIP Code | PO Box 452700<br>Miami, FL 33143<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester<br>County | **Location of principal assets, if different from principal place of business**<br>2332 Galiano St Ste 103 Miami, FL 33134<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   SCIONTI CONSTRUCTION GROUP LLC                          Case number (if known) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___2362___

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

| Debtor | SCIONTI CONSTRUCTION GROUP LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** — *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds** — *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  SCIONTI CONSTRUCTION GROUP LLC                              Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 13, 2024
                MM / DD / YYYY

**X** /s/   Joseph Anthony Scionti                              Joseph Anthony Scionti
Signature of authorized representative of debtor                Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ H Bruce Bronson                          Date    May 13, 2024
Signature of attorney for debtor                           MM / DD / YYYY

H Bruce Bronson
Printed name

Bronson Law Offices PC
Firm name

480 Mamaroneck Ave
HarrisonHarrison, NY 10528
Number, Street, City, State & ZIP Code

Contact phone    (914) 269-2530        Email address    hbbronson@bronsonlaw.net

1679380 NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name    SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 13, 2024          **X** /s/   Joseph Anthony Scionti
_____                       Signature of individual signing on behalf of debtor

                                      Joseph Anthony Scionti
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SCIONTI CONSTRUCTION GROUP LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Building Supply C/O ABC Building Sup 2751 NW 73rd St<br><br>Miami, FL 33147 | | Trade debt | Disputed | | | $144,000.00 |
| Aegis Security Insurance Co Attention President 4507 North Front Street Suite 200 Harrisburg, PA 17110 | | Bond related | Disputed | | | $69,956.50 |
| American Express President 200 Vesey Street New York, NY 10285-3106 | | Credit card purchases | Disputed | | | $44,912.00 |
| Bank of America PO Box 15796<br><br>Wilmington, DE 19886-5796 | | Credit card purchases | Disputed | | | $28,570.00 |
| Beacon Building Supply PO BOX 100639 Atlanta, GA 30384 | | Trade debt | Disputed | | | $39,541.73 |
| C&S Paint 6 East Doris Avenue Jacksonville NC Jacksonville, NC 28543056 | | Trade debt | Disputed | | | $5,603.49 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SCIONTI CONSTRUCTION GROUP LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue Mark Hamilton P. O. Box 6668 Tallahassee, FL 32314-6668 Tallahassee, FL 32314-6668 | | Notice Only | | | | $0.00 |
| Frankcrum 100 South Missouri Avenue Clearwater, FL 33756 | | Trade debt | Disputed | | | $14,826.00 |
| Headway Capital 175 W Jackson Blvd Suite 1000 Chicago, IL 60604 | | Loan | Contingent Unliquidated Disputed | | | $62,592.51 |
| Home Depot 2455 Paces Ferry Rd. Atlanta, GA 30339 | | Trade debt | Disputed | | | $45,000.00 |
| Internal Revenue Service Centralized Insolvency Operation P. O. Box 7346 Philadelphia, PA 19101-7346 | | Notice Only | | | | $0.00 |
| Jackson Lewis 26000 Cannon Rd Bedford, OH 44146 | | Trade debt | Disputed | | | $41,728.00 |
| LCF Attention: President C/O Feldman Law Firm Mineola, NY 11501 | | Loan | Disputed | | | $29,800.00 |
| Morris Investment Partnership 5794 Commerce Lane Miami, FL 33143 | | Loan | Disputed | | | $34,776.00 |
| Sunbelts President Tucker, Albin & Associates, Inc. 1702 N. Collins Blvd, Suite 100 Richardson, TX 75080 | | Trade debt | Disputed | | | $11,786.00 |
| TRW ENTERPRISES 129 Hampstead Court Westlake Village, CA 91361 | | Advance | Unliquidated Disputed | | | $343,906.00 |

Debtor    SCIONTI CONSTRUCTION GROUP LLC                                           Case number *(if known)*    _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| United Rentals 100 First Stamford Place Ste 700 Stamford, CT 06902 | | Loan | | | | $3,751.00 |

**Fill in this information to identify the case:**

Debtor name      SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $      2,010,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................   $      30,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $      2,040,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $      2,954,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      920,749.23

4.   **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b                                                                                                    $      3,874,749.23

**Fill in this information to identify the case:**

Debtor name    SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.   Chase Bank | | 1560 | $30,000.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $30,000.00

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor SCIONTI CONSTRUCTION GROUP LLC      Case number *(If known)* _____
       Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   7454 School House Road | Fee Simple | $0.00 | | $1,650,000.00 |
| 55.2.   8 Properties in Ocala, unimproved | Fee Simple | $0.00 | Debtor's valuation | $360,000.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                 $2,010,000.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor    SCIONTI CONSTRUCTION GROUP LLC
          Name
                                                    Case number *(If known)*_____

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    SCIONTI CONSTRUCTION GROUP LLC          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................> | | $2,010,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,000.00 | + 91b. $2,010,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,040,000.00 |

**Fill in this information to identify the case:**

Debtor name __SCIONTI CONSTRUCTION GROUP LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **RBI Mortgages** | Describe debtor's property that is subject to a lien | $750,000.00 | $1,650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 7454 School House Road | | |
| | 194 95 Biscayne Blvd Suite 801<br>Miami, FL 33180 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Mortgage | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. RBI Mortgages<br>2. Small Business Administration | ☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $2,000,000.00 | $2,040,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Chase Bank; 7454 School House Road; 8 Properties in Ocala, unimproved | | |
| | 455 Market Street, Suite 600<br>San Francisco, CA 94105 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |

Debtor    SCIONTI CONSTRUCTION GROUP LLC                                         Case number (if known) _____
          Name

including this creditor and its relative       ☐ Unliquidated
priority.                                       ☐ Disputed
Specified on line 2.1

| 2.3 | Synergy Mortgage | Describe debtor's property that is subject to a lien | $204,000.00 | $360,000.00 |
|-----|------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

11 Beach Dr SE Saint                           8 Properties in Ocala, unimproved
Petersburg FL 33701
Saint Petersburg, FL 33701

Creditor's mailing address

                                               **Describe the lien**
                                               Mortgage that encumbers the Property
                                               **Is the creditor an insider or related party?**
                                               ☒ No
Creditor's email address, if known             ☐ Yes

                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ☒ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an                **As of the petition filing date, the claim is:**
interest in the same property?**               Check all that apply
☐ No                                           ☐ Contingent
☒ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.
Specified on line 2.2

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,954,000.00 |
|----|------------------------------------------------------------------------------------------------------------|---------------|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|------------------------------------------------------------|-------------------------------------------------|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> ABC Building Supply C/O ABC Building Sup <br> 2751 NW 73rd St <br><br> Miami, FL 33147 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $144,000.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ Trade debt _ <br> Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> Aegis Security Insurance Co <br> Attention President <br> 4507 North Front Street Suite 200 <br> Harrisburg, PA 17110 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $69,956.50 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ Bond related _ <br> Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> American Express <br> President <br> 200 Vesey Street New York, NY 10285-3106 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $44,912.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ Credit card purchases _ <br> Is the claim subject to offset?   ☒ No   ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** <br> Bank of America <br> PO Box 15796 <br><br> Wilmington, DE 19886-5796 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | $28,570.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ Credit card purchases _ <br> Is the claim subject to offset?   ☒ No   ☐ Yes |  |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  SCIONTI CONSTRUCTION GROUP LLC
     Name
                                 Case number (if known)

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,541.73 |
|---|---|---|---|
| | Beacon Building Supply<br>PO BOX 100639<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,603.49 |
|---|---|---|---|
| | C&S Paint<br>6 East Doris Avenue Jacksonville NC<br>Jacksonville, NC 28543056 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Florida Department of Revenue<br>Mark Hamilton<br>P. O. Box 6668<br>Tallahassee, FL 32314-6668<br>Tallahassee, FL 32314-6668 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Notice Only_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,826.00 |
|---|---|---|---|
| | Frankcrum<br>100 South Missouri Avenue<br>Clearwater, FL 33756 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,592.51 |
|---|---|---|---|
| | Headway Capital<br>175 W Jackson Blvd Suite 1000<br>Chicago, IL 60604 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | Home Depot<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br><br>Philadelphia, PA 19101-7346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Notice Only_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Debtor  SCIONTI CONSTRUCTION GROUP LLC _____     Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $41,728.00 |

**3.12**

**Nonpriority creditor's name and mailing address**
Jackson Lewis
26000 Cannon Rd
Bedford, OH 44146

**Date(s) debt was incurred**  Trade Debt

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $41,728.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**
LCF
Attention: President
C/O Feldman Law Firm
Mineola, NY 11501

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $29,800.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
Morris Investment Partnership
5794 Commerce Lane
Miami, FL 33143

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $34,776.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
Simply Funding
45 Broadway
New York, NY 10006

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
Sunbelts
President
Tucker, Albin & Associates, Inc. 1702 N. Collins
Blvd, Suite 100
Richardson, TX 75080

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $11,786.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**
TRW ENTERPRISES
129 Hampstead Court
Westlake Village, CA 91361

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $343,906.00
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Advance

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
United Rentals
100 First Stamford Place Ste 700
Stamford, CT 06902

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $3,751.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
US Attorney's Office
86 Chambers St
New York, NY 10007-1825

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    SCIONTI CONSTRUCTION GROUP LLC _____    Case number (if known) _____
    Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Robert E. Burguieres, Esq.<br>1701 Dr. M.L. King, Jr. Street North<br>Saint Petersburg, FL 33704 | Line _3.1_<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 920,749.23 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $ 920,749.23 |

**Fill in this information to identify the case:**

Debtor name    SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
     amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   SCIONTI CONSTRUCTION GROUP LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Ann Maria Ferrao | PO Box 425700<br>Miami, FL 33245 | Small Business Administration | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2   Joseph A. Scionti | PO Box 452700<br>Miami, FL 33245 | Small Business Administration | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Southern District of New York

In re    SCIONTI CONSTRUCTION GROUP LLC           Case No. _____

                     Debtor(s)             Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Ann Maria Ferrao<br>PO 'Box 452700<br>452700 | LLC Interest | | 51% LLC Interest |
| Joseph A. Scionti<br>PO Box 452700<br>33143 | LLC | | LLC Interest-49% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    May 13, 2024                  Signature   /s/ Joseph Anthony Scionti _____

                                                   Joseph Anthony Scionti

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    SCIONTI CONSTRUCTION GROUP LLC

                Debtor(s)

Case No. _____

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ..................................................... $ _____

Prior to the filing of this statement I have received ........................................ $ _____

Balance Due ........................................................................................ $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $      25,000.00

The undersigned shall bill against the retainer at an hourly rate of................................ $      495.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| May 13, 2024 | /s/ H Bruce Bronson |
| *Date* | H Bruce Bronson |
| | *Signature of Attorney* |
| | Bronson Law Offices PC |
| | 480 Mamaroneck Ave |
| | HarrisonHarrison, NY 10528 |
| | (914) 269-2530   Fax: (888) 908-6906 |
| | hbbronson@bronsonlaw.net |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of New York

In re   SCIONTI CONSTRUCTION GROUP LLC

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 13, 2024

/s/  Joseph Anthony Scionti

Joseph Anthony Scionti/Managing Member
Signer/Title

```
ABC Building Supply C/O ABC Building Sup
2751 NW 73rd St
Miami, FL 33147


Aegis Security Insurance Co
Attention President
4507 North Front Street Suite 200
Harrisburg, PA 17110


American Express
President
200 Vesey Street New York, NY 10285-3106


Ann Maria Ferrao
PO Box 425700
Miami, FL 33245


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Beacon Building Supply
PO BOX 100639
Atlanta, GA 30384


C&S Paint
6 East Doris Avenue Jacksonville NC
Jacksonville, NC 28543056


Florida Department of Revenue
Mark Hamilton P. O. Box 6668
Tallahassee, FL 32314-6668
Tallahassee, FL 32314-6668


Frankcrum
100 South Missouri Avenue
Clearwater, FL 33756


Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604


Home Depot
2455 Paces Ferry Rd.
Atlanta, GA 30339


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


Jackson Lewis
26000 Cannon Rd
Bedford, OH 44146
```

Joseph A. Scionti
PO Box 452700
Miami, FL 33245


LCF
Attention: President
C/O Feldman Law Firm
Mineola, NY 11501


Morris Investment Partnership
5794 Commerce Lane
Miami, FL 33143


RBI Mortgages
194 95 Biscayne Blvd Suite 801
Miami, FL 33180


Robert E. Burguieres, Esq.
1701 Dr. M.L. King, Jr. Street North
Saint Petersburg, FL 33704


Simply Funding
45 Broadway
New York, NY 10006


Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105


Sunbelts
President
Tucker, Albin & Associates, Inc. 1702 N.
Richardson, TX 75080


Synergy Mortgage
11 Beach Dr SE Saint Petersburg FL 33701
Saint Petersburg, FL 33701


TRW ENTERPRISES
129 Hampstead Court
Westlake Village, CA 91361


United Rentals
100 First Stamford Place Ste 700
Stamford, CT 06902


US Attorney's Office
86 Chambers St
New York, NY 10007-1825

# United States Bankruptcy Court
## Southern District of New York

In re    SCIONTI CONSTRUCTION GROUP LLC _____    Case No. _____

_____    Chapter    11 _____
Debtor(s)

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___SCIONTI CONSTRUCTION GROUP LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 13, 2024 _____    /s/ H Bruce Bronson _____
Date    H Bruce Bronson
    Signature of Attorney or Litigant
    Counsel for    SCIONTI CONSTRUCTION GROUP LLC
    Bronson Law Offices PC
    480 Mamaroneck Ave
    HarrisonHarrison, NY 10528
    (914) 269-2530  Fax:(888) 908-6906
    hbbronson@bronsonlaw.net