BRONSON LAW OFFICES, P.C.
H. Bruce Bronson
*Proposed Counsel for the Debtor*
*and Debtor-in-Possession*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 24-22427 (SHL) |
| SCIONTI CONSTRUCTION GROUP, LLC | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

**DEBTOR'S DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

STATE OF FLORIDA           )
                                           ) ss.:
COUNTY OF MIAMI-DADE  )

I, Joseph A. Scionti, declare under penalty of perjury as follows:

1. I am a managing member of SCIONTI CONSTRUCTION GROUP LLC (the "**Debtor**").

2. I am filing this declaration in support of the bankruptcy filing of Debtor, pursuant to local bankruptcy rule 1007-2.

3. The Debtor was formed July 11, 2013, for the purpose of providing contracting services to both public and private construction projects.

4. The Debtor had a stream of income from government contract work in Camp Lejeune, North Carolina. At that time the Debtor's bonding ability was $7,500,000 and each contract was worth $1.200,000 to $3,000,000.

5. Unfortunately, one of the major contracts with Camp Lejeune was cancelled by the US due to budget restrictions and all projects at Camp Lejeune are now on hold.

6. The Debtor also had reconstruction projects in Puerto Rico and St. Croix for damages after hurricane Irma, but this lucrative work has ceased as well.

7. The Debtor has now turned to private projects and owns property whereon it can build (1) a 5,000 square foot house that would be worth approximately $5,700,000 to $6,500,000. (the raw land is appraised at $1,500,000) and (2) seven lots where single family homes could be constructed (currently the lots at estimated to be worth $45,000 as raw land) and sold for $395,000 to $425,000 (construction costs are estimated to be $180,000 per property).

8. The Debtor's plan is to borrow funds in a debtor in possession facility and build out the above properties and sell them.

9. Debtor anticipates that such sales would generate sufficient funds to repay its debts.

10. In order to finance its business, Debtor entered into a loan with the Small Business Administration ("**SBA**") in the amount of $2,000,000, which requires monthly payment of approximately $9,800.

11. In addition, Debtor has mortgage loans on properties that it owns as well as vendor debt.

12. Debtor needs some breathing room to obtain a construction loan, build out the properties it owns so that it can sell them and pay off its debts.

13. I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 (the "**Declaration**"), on behalf of the Debtor in connection with its petition, exhibits and schedules filed, or to be filed in its Chapter 11 bankruptcy, for the purpose of apprising the Court and parties in interest of the circumstances that compelled the commencement

of this case and in support of (i) Debtor's chapter 11 petition filed on May 14, 2024 (the "**Petition**"), and (ii) the motions and applications that the Debtor has filed, or will file, with the Court.

14. The Debtor has not previously filed a Chapter 11 Petition.

15. I have reviewed the Debtor's Petition, schedules, exhibits and all documents filed in connection therewith, and I am familiar with the facts alleged and any relief requested therein.

16. All facts set forth in this Declaration are based upon my:(i) personal knowledge; (ii) review of relevant documents; and (iii) opinion based upon my experience and knowledge with respect to the Debtor's operations and financial condition. All financial information submitted with this Declaration is on an estimated and unaudited basis, unless otherwise indicated.

## BACKGROUND OF THE DEBTOR AND IT'S BUSINESS

**a. Debtor's business and circumstances leading to the Debtor's filing. LR 1007-2(a)(1)**

17. The background of the Debtor was set forth above. It is operated by two individuals who own 51% and 49% each of the limited liability company that is the Debtor. These individuals currently work full time for the Debtor.

18. Debtor has a limited number of employees, who are currently paid on a 1099 basis; however, the Debtor intends to move them to w2 status in the near future. Debtor also contracts with third parties for construction services.

## OBJECTIVES OF THE CHAPTER 11 CASE.

19. The Debtor intends to obtain debtor in possession construction financing, construct the properties described above, sell them, and repay its debt.

20. The Debtor believes that it can build out 7454 School House Road for $1,800,000 and that the finished property would sell for $5,700,000 to $6,500,000. The completed home would be 5,000 square feet with 5 bedrooms and 5 ½ bathrooms.

21. The Debtor believes it can build out its 8 parcels of land in Ocala, Florida. Each built out parcel would require a construction loan of $180,000 and would sell for between $395,000 and $425,000.

**b. LR 1007-2(a)(2)**

22. This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

**c. Committees Organized Prior to Filing. LR 1007-2(a)(3)**

23. No creditor's committee has been formed to date.

**d. Holders of 20 Largest Unsecured Claims. LR 1007-(2)(a)(4)**

24. The names and addresses of the twenty (20) largest unsecured creditors excluding (i) those creditors who or which would not be entitled to vote at a creditors' meeting under 11 USC Section 702; (ii) such creditors who were employees of the Debtor at the time of the filing of its petition for reorganization; and (iii) creditors who are insiders as that term is defined in 11 USC Section 101(31) are annexed hereto as **Exhibit "A"**.

**e. Holders of the five largest Secured Claims. LR 1007-(2)(a)(5).**

25. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Exhibit "B"**.

**f. Schedule of Assets and Liabilities. LR 1007-(2)(a)(6).**

26. As required by Local Bankruptcy Rule 1007-2(a)(6), unaudited schedules of the Debtor's assets and liabilities are annexed hereto as **Exhibit "C"**.

**g. Publicly Held Securities. LR 1007-(2)(a)(7).**

27. No shares of stock, debentures, or other securities of the Debtor are publicly held.

**h. Debtor's Premises. LR 1007-(2)(a)(9).**

28. The Debtor operates its business from the principals' residences in Miami, Florida. The Debtor maintains a sales office in Rye, New York where it manages its contract bidding for the northeast.

**i. Location of Debtors' Assets and Books and Records. LR 1007-(2) (a)(10).**

29. The Debtor's assets and books and records are located at: 8331 Southwest 96th Place, Miami 33173.

**j. Threatened or Pending Actions against Debtor. LR 1007-(2)(a)(11).**

30. There are currently three actions pending against the Debtor:

    a. *American Builders & Contractors Supply Co., Inc., trading as ABC Supply Co., Inc., Plaintiff vs. Scionti Construction Group, LLC, Ann Maria Ferrao and Joseph A. Scionti, Defendants*, case no. 22-3622-CI, (pending in the 6th Judicial Circuit in and for Pinellas County Florida).

    b. *The LCF Group, Inc. v. Scionti Construction Group, LLC, et. al.,* arbitration (MCA Claim No.:45683/2024).

    c. *RBI Opportunities, LLC v. Scionti Construction Group, LLC, et. al., in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida index no.:2024-001297.*

**k. Debtor's Senior Management. LR 1007-(2)(a)(12).**

31. The Debtor's senior management is Ann Marie Ferrao and Joseph A. Scionti.

**l. Additional Information if Business is to Continue.  LR 1007-(2)(b)(1) and (2).**

32. The Debtor needs to obtain a debtor in possession construction loan and build out its

33. properties and sell those properties.

**M. Estimated Schedule of cash receipts and disbursements for 30 days. LR 1007-(2) (b) (3).**

34. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition is:

**Scionti Constrution LLC**
**Case No.: 24-22427**
**30 Day Income and Expense**

| | |
|---|---|
| **Income** | $351,000.00 |
| Cost of Sales | $284,000.00 |
| **Net Income** | $67,000.00 |
| | |
| **Expenses** | |
| Salaries (excluding management) | $17,207.00 |
| Salaries/Distributions (principals)* | |
| Car Financing | $1,146.00 |
| Home Office Allowance** | $8,500.00 |
| Auto Insurance | $1,719.00 |
| Auto Financing | $1,146.00 |
| Liability Insurance | $1,540.00 |
| Cell Phone, Internet, utilities | $850.00 |
| Travel, meals and entertainment | $2,000.00 |
| Transportation Expense (gas, tolls, etc.) | $2,000.00 |
| Per Diem Housing (North Carolina Workers) | $1,100.00 |
| Other off site employee expense | $2,500.00 |
| **Total Expenses** | $39,708.00 |
| | |
| **Profit/Loss** | $27,292.00 |

*Currently the principals are not taking salaries or distributions which total $22,000 per month; but reserve the right to do so in the future once the Debtor is profitable.

**The principals receive an allowance/reimbursement for their home offices of $8,500 which will continue as compensation to the principals.

**n. Conclusion**

35. The Debtor submits that it has the requisite components to formulate a confirmable and feasible liquidation plan.

36. The Debtor believes it is in the best interests of all its creditors that it be afforded an opportunity to reorganize pursuant to Chapter 11.

Pursuant to 28 USC section 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

**Dated: May 23, 2024**

/s/ Joseph A. Scionti
Managing Member

# EXHIBIT A

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SCIONTI CONSTRUCTION GROUP LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Building Supply C/O ABC Building Sup 2751 NW 73rd St Miami, FL 33147 | | Trade debt | Disputed | | | $144,000.00 |
| Aegis Security Insurance Co Attention President 4507 North Front Street Suite 200 Harrisburg, PA 17110 | | Bond related | Disputed | | | $69,956.50 |
| American Express President 200 Vesey Street New York, NY 10285-3106 | | Credit card purchases | Disputed | | | $44,912.00 |
| Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | Credit card purchases | Disputed | | | $28,570.00 |
| Beacon Building Supply PO BOX 100639 Atlanta, GA 30384 | | Trade debt | Disputed | | | $39,541.73 |
| C&S Paint 6 East Doris Avenue Jacksonville NC Jacksonville, NC 28543056 | | Trade debt | Disputed | | | $5,603.49 |

Debtor  SCIONTI CONSTRUCTION GROUP LLC          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Department of Revenue<br>Mark Hamilton<br>P. O. Box 6668<br>Tallahassee, FL 32314-6668<br>Tallahassee, FL 32314-6668 | | Notice Only | | | | $0.00 |
| Frankcrum<br>100 South Missouri Avenue<br>Clearwater, FL 33756 | | Trade debt | Disputed | | | $14,826.00 |
| Headway Capital<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $62,592.51 |
| Home Depot<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339 | | Trade debt | Disputed | | | $45,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | | Notice Only | | | | $0.00 |
| Jackson Lewis<br>26000 Cannon Rd<br>Bedford, OH 44146 | | Trade debt | Disputed | | | $41,728.00 |
| LCF<br>Attention: President<br>C/O Feldman Law Firm<br>Mineola, NY 11501 | | Loan | Disputed | | | $29,800.00 |
| Morris Investment Partnership<br>5794 Commerce Lane<br>Miami, FL 33143 | | Loan | Disputed | | | $34,776.00 |
| Sunbelts<br>President<br>Tucker, Albin & Associates, Inc. 1702 N. Collins Blvd, Suite 100<br>Richardson, TX 75080 | | Trade debt | Disputed | | | $11,786.00 |
| TRW ENTERPRISES<br>129 Hampstead Court<br>Westlake Village, CA 91361 | | Advance | Unliquidated<br>Disputed | | | $343,906.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  SCIONTI CONSTRUCTION GROUP LLC                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| United Rentals<br>100 First Stamford Place Ste 700<br>Stamford, CT 06902 | | Loan | | | | $3,751.00 |

# EXHIBIT B

## FIVE LARGEST SECURED CREDITORS

| Name | Amount Owed | Security |
|---|---|---|
| Small Business Administration<br>455 Market Street, Suite 600<br>San Francisco, CA 94105 | $2,000,000 | All Property of Debtor |
| RBI Mortgages<br>194 95 Biscayne Blvd Suite 801<br>Miami, FL 33180 | $750,000 | 7454 School House Rd |
| Synergy Mortgage<br>11 Beach Dr SE Saint Petersburg FL 33701<br>Saint Petersburg, FL 33701 | $204,000 | Property in Ocala |
| Tax Collector Dade/Miami County<br>200 NW 2nd Avenue<br>Miami, FL 33128 | $36,812.47 | 7454 School House Rd |

## EXHIBIT C

**The following chart is based on the Debtor's principal best estimate as to values and liabilities[1].**

**Assets:**
    7454 School House Road        $ 1,650,000[2]
    8 Ocala Properties             $   360,000
    Chase Bank                    $    30,000

    **Total:**                        **$ 2,040,000**

**Liabilities:**
    Secured Debt                $ 2,954,000
    Unsecured Debt            $   920,749

    **Total:**                        **$ 3,874,749**

    **Net Value**:    **($1,834,745)***

---

[1] Certain Liabilities are disputed as to amount and others are estimated.
[2] The appraisal for this property shows a value of between $1,650,000 and $2,228,000 (see Schedule 1 attached hereto).

10