**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

SCIONTI CONSTRUCTION GROUP LLC

    Debtor.

------------------------------------------------------------x

Chapter 11

Case No. 24-22427 (SHL)

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

    I, Nicholas B. Bangos, of Nicholas B. Bangos, P.A., pursuant to Local Rule 2090-1, request permission, pro hac vice, before the Honorable Sean H. Lane to represent RBI Opportunities LLC in the above-referenced matter. and states as follows:

    1.    I certify that I am licensed to practice law and I am a member in good standing in the Florida Bar.

    2.    I certify that I am admitted to practice and is in good standing in the United States Districts Courts for the Southern and Middle Districts of Florida and is admitted to practice in the United States Bankruptcy Courts for the Southern District and Middle Districts of Florida.

    3.    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

    Dated this 10th day of June, 2024.

    /s/ Nicholas B. Bangos
Nicholas B. Bangos
Nicholas B. Bangos, P.A.
Florida Bar No. 0834238
2560 RCA Blvd., Suite 114
Palm Beach Gardens, FL 34997
(561) 781-0202
*nick@nbbpa.com*
*Attorneys for RBI Opportunities LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically via the Court's CM/ECF system to all parties entitled to receive notices electronically on the 10th day of June, 2024.

      /s/ Nicholas B. Bangos
Attorney