**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

SCIONTI CONSTRUCTION GROUP LLC

      Debtor.

-----------------------------------------------------------x

Chapter 11

Case No. 24-22427 (SHL)

## <u>MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE</u>

I, Nicholas B. Bangos, of Nicholas B. Bangos, P.A., pursuant to Local Rule 2090-1, request permission, pro hac vice, before the Honorable Sean H. Lane to represent RBI Opportunities LLC, in the above-referenced matter. and states as follows:

1.     I certify that I am licensed to practice law and I am a member in good standing in the Florida Bar.

2.     I certify that I am admitted to practice and is in good standing in the United States Districts Courts for the Southern and Middle Districts of Florida and is admitted to practice in the United States Bankruptcy Courts for the Southern District and Middle Districts of Florida.

3.     I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated this 20th day of June, 2024.

                            _/s/ Nicholas B. Bangos_____
                            Nicholas B. Bangos
                            Nicholas B. Bangos, P.A.
                            Florida Bar No. 0834238
                            2560 RCA Blvd., Suite 114
                            Palm Beach Gardens, FL 34997
                            (561) 781-0202
                            ***nick@nbbpa.com***
                            *Attorneys for RBI Opportunities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

Chapter 11

SCIONTI CONSTRUCTION GROUP LLC

Case No. 24-22427 (SHL)

      Debtor.
----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Nicholas B. Bangos, to be admitted, ***pro hac vice***, to represent RBI Opportunities, LLC, (the "Client") a secured creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and, if applicable, the bar of the U.S. District Courts for the Middle District of Florida and the Southern District of Florida, it is hereby

      **ORDERED**, that Nicholas B. Bangos, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____
New York, New York          /s/ _____
                        HONORABLE SEAN H. LANE
                        UNITED STATES BANKRUPTCY JUDGE