UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC

      Debtor.
_____/

Case No.  24-17612-RAM
Chapter 11

## DEBTOR'S APPLICATION TO EMPLOY THOMAS G. ZEICHMAN, ESQ. AND BEIGHLEY, MYRICK, UDELL, LYNNE & ZEICHMAN AS LOCAL COUNSEL EFFECTIVE AS OF JULY 20, 2024

Scionti Construction Group, LLC (the "Debtor"), by and through undersigned counsel, files this *Application to Employ Thomas G. Zeichman, Esq. and Beighley, Myrick, Udell, Lynne & Zeichman as Local Counsel Effective as of July 20, 2024* (the "Application"), seeking entry of an Order, on an interim and final basis, pursuant to § 327(a) of the Bankruptcy Code[1], Rules 2014(a), 2016, and 6003 of the Federal Rules of Bankruptcy Procedure,[2] and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida (the "Local Rules")[3], authorizing the employment and retention of Thomas G. Zeichman, Esq. and the law firm Beighley Myrick Udell Lynne & Zeichman ("Proposed Local Counsel") as local counsel to the Debtor and Debtor's estate.  In support hereof, the Debtor states as follows:

---

[1] 11 U.S.C. §§ 101 *et seq*.
[2] The Federal Rules of Bankruptcy procedure shall be cited as "Fed. R. Bankr. P. __" through this Application.
[3] The Local Rules of the United States Bankruptcy Court for the Southern District of Florida shall be cited as "Local Rule _____" or "Local Rules _____" throughout this Application.

## Jurisdiction and Venue

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested in this Application are sections 327(a), 328(a) and 330 of the Bankruptcy Code, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1.

## Background

4. This case was commenced by the filing of a voluntary petition under Chapter 11, Subchapter V, of the Bankruptcy Code on May 14, 2024, in the U.S. Bankruptcy Court, Southern District of New York, under case number 24-22427. [ECF No. 1].

5. On July 26, 2024, venue was transferred to the Southern District of Florida.

6. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtor is managing its affairs as a debtor-in-possession. As of the date hereof, no trustee, examiner or statutory committee has been appointed in this Chapter 11 case.

## Requested Relief

7. The Debtor wishes to employ Local Counsel located at 2385 NW Executive Center Drive, Boca Raton, FL 33431-8579, phone number (561) 549-9036,

email: tzeichman@bmulaw.com, to assist Debtor with complying with its obligations as a Debtor in Chapter 11 in the Southern District of Florida.

8. Proposed Local Counsel has extensive experience in Chapter 11 matters.

**Basis for Requested Relief**

9. The Debtor seeks entry of an order authorizing the employment and retention of Proposed Local Counsel pursuant to Bankruptcy Code §§ 327 and 330, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1.

10. Proposed Local Counsel has considerable experience in rendering legal services in matters of this kind and is well qualified to perform the services required by the Debtor.

11. To the best of Debtor's knowledge, Proposed Local Counsel does not have any connection with the creditors or other parties in interest or their respective attorneys, nor represents any interest adverse to the Debtor or the estate other than what is disclosed in Exhibit "A."

12. A declaration of Proposed Local Counsel demonstrating that Proposed Local Counsel is disinterested as required by 11 U.S.C. § 327(a), along with verified statements as required under Bankruptcy Rule 2014, is attached to this Application as Exhibit "A".

13. Proposed Local Counsel shall be compensated in accordance with 11 U.S.C. § 330 and based upon an hourly fee arrangement for attorney's fees plus costs for services in connection with same. Fees and costs will be subject to the

3

Bankruptcy Court's approval and proper fee application. A copy of the Engagement Letter with Proposed Local Counsel is attached to this Application as Exhibit "B".

14. The Debtor believes this to be in the best interest of the estate and would ask that the Court approve the employment and retention of Proposed Local Counsel. Proposed Local Counsel will be providing essential services to the Estate, as expedient resolution of the litigation matters at hand will allow the Debtor to refocus efforts and attention to matters pertinent to daily business operations.

15. No prior application has been made to this or any other Court for the relief requested herein.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order (i) approving the Application, (ii) approving the employment and retention of Thomas G. Zeichman, Esq. and Beighley Myrick Udell Lynne & Zeichman as Local to the Debtor effective as of the July 20, 2024 to handle the matters described herein; and (iii) for such other and further relief as this Court deems just and proper.

Respectfully submitted August 1, 2024.

        **BEIGHLEY, MYRICK, UDELL,
LYNNE & ZEICHMAN, PA**
*Proposed Local Counsel for Debtor*
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

By: /s/ Thomas G. Zeichman
    THOMAS G. ZEICHMAN
    Florida Bar No. 99239

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of August, 2024, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        By: /s/ Thomas G. Zeichman
                                             THOMAS G. ZEICHMAN
                                             Florida Bar No. 99239