UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC

Case No.  24-17612-RAM
Chapter 11

　　　　　Debtor.
_____/

### DECLARATION[1] OF THOMAS G. ZEICHMAN IN SUPPORT OF APPLICATION TO EMPLOY THOMAS G. ZEICHMAN, ESQ. AND BEIGHLEY, MYRICK, UDELL, LYNNE AND ZEICHMAN AS LOCAL COUNSEL TO THE DEBTOR

Thomas G. Zeichman, Esq. declares as follows:

1.　　I am an attorney admitted to practice in the State of Florida.

2.　　I am an attorney at Beighley, Myrick, Udell, Lynne Zeichman with offices located at 2385 NW Executive Center Drive, Boca Raton, FL 33431-8579, phone: 561-549-9036, email: tzeichman@bmulaw.com.

3.　　This Declaration is in support of the Application by the Debtor-in-Possession as to my employment as local counsel to the Debtor.

4.　　Neither I nor the Firm represent any interest adverse to the estate, its creditors or any other party in interest herein, the United States Trustee or anyone employed in the United States Trustee's office or their respective attorneys.

5.　　Neither I nor the Firm (i) are a creditor of the estate, (ii) is or has been an employee of the Debtor, (iii) is or has been an officer or director of the Debtor, or an insider of the Debtor as that term is defined in Section 101(31) of the Bankruptcy Code, (iv) presently represent or represented a creditor or equity security holder of

---

[1] This Declaration is being made pursuant to 28 U.S.C. § 1746.

the Debtor, or a person otherwise adverse or potentially adverse to the Debtor, on any matter that is related to the Debtor or to the Debtor's estate, nor (v) has any other interest, direct or indirect, which may affect or be affected by the proposed representation.

6. I am a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code.

7. I understand and agree that payment of fees and expenses are subject to proper application and Court approval and will be subject to interim and final review and approval by the Court.

8. My firm has received a $5,000.00 retainer which we are holding in trust pending any fee applications authorized by the Court.

9. There are no pre-petition fees owed to me or my Firm.

10. My Firm and I have not accepted, nor will not accept, any form of compensation from any other person or parties in this case except those payments specifically authorized by the Court.

11. To the best of my knowledge, no promises have been received by me as to compensation to be received in this proceeding other than as set forth herein. Additionally, I do not have any agreement with any other entity to share with such entity any compensation received by me or my Firm in connection with this proceeding.

*I declare under penalty of perjury that the foregoing is true and correct.*

       *Executed on  8/1/2024*

       _____
       Thomas G. Zeichman, Esq.
       *Proposed Local Counsel to the Debtor*