**BEIGHLEY MYRICK**
**UDELL LYNNE + ZEICHMAN**

Reply to:
Thomas Zeichman
Beighley, Myrick, Udell, Lynne + Zeichman, PA
Phone: (561) 549-9036
Email: tzeichman@bmulaw.com

SCIONTI CONSTRUCTION GROUP, LLC
Attn: Joseph Scionti, Manager

Re: Retention of Beighley, Myrick, Udell, Lynne + Zeichman with representation in a Chapter 11 Bankruptcy as Local Counsel

Dear Mr. Scionti:

We are very pleased that you have asked us, Beighley, Myrick, Udell, Lynne + Zeichman PA (the "Firm") to represent SCIONTI CONSTRUCTION GROUP, LLC (the "Client") with regard to the above-referenced matter. The Firm will represent the Client on an hourly fee basis. This letter constitutes the entire agreement between the Client and the Firm, describes the terms of our relationship, and sets forth the general terms of our assistance to you in connection with the above-referenced matter. This letter shall control all obligations set forth herein except as may be subsequently agreed upon in writing.

The scope of this engagement is as local counsel in the SCIONTI CONSTRUCTION GROUP, LLC bankruptcy case.

Fees/Retainer: A retainer of **Five Thousand Dollars ($5,000.00)** is due before we can begin working on this case and will be the fee for the intended service.

I will be the primary attorneys taking responsibility ("Attorney in Charge") for your legal matter. My hourly rate for this engagement is $450.00. With that said, the Firm makes every effort to utilize associates to draft documents and attend hearings whenever possible. Our associates and partners bill between $300.00 and $700.00 an hour. Our hourly rates are subject to change from time to time.

Security for Fees: Florida law provides the Firm with the right to impose a lien upon documents, money and other intangibles and materials coming into possession by the Firm to secure the payment of its fees and expenses. This retaining lien, as well as appropriate charging liens, may be asserted by the Firm in appropriate circumstances.

In a Chapter 11 case, the Firm is prohibited from billing the client without first seeking Bankruptcy Court approval. Therefore, not only will you have an opportunity to review the Firm's bills prior to being invoiced, so will the creditors, the United States Trustee, and the Court. For your convenience, our offices will provide you with a monthly statement, for informational purposes only, in order for you to track how much time the Firm spent on this matter during the prior month.

2385 N.W. EXECUTIVE CENTER DRIVE, SUITE 250 · BOCA RATON, FLORIDA 33431

BMUL+Z: Scionti Retainer
Page 2

It is imperative that you acknowledge that the Firm <u>does not</u> individually represent: (1) you; (2) any individual officer, director, manager or member of the Client; or (3) any newly formed entity that seeks to purchase the operating entity's assets (if applicable). The Firm recommends that you seek independent counsel with regard to your individual interests.

By executing this agreement, you agree that the Firm has a right to withdraw from your case in the event that a contested issue arises and you refuse to provide an additional retainer. In the event that a bankruptcy trustee is appointed and/or this case converts to one under Chapter 7, the Client agrees that the Firm has a right to withdraw.

We will endeavor to serve the Client effectively and strive to represent its interests vigorously and efficiently. Any expressions on our part concerning the cost or outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed. For us to provide these services most effectively, we require you to disclose fully and accurately all pertinent facts and keep us apprised of all developments in the matter. Please cooperate with us and be available to attend meetings, conferences, hearings, and other proceedings as appropriate.

Please review this letter in its entirety. If you have any questions or concerns regarding the foregoing terms and conditions, please do not hesitate to contact either one of us. **<u>Please acknowledge your understanding and approval of all the terms and conditions contained in this letter by signing and returning a copy of this letter to the undersigned.</u>** We will begin our representation upon receipt of the executed copy of this letter and the retainer amount as stated above.

Beighley, Myrick, Udell, Lynne + Zeichman, PA

By: *Thomas Zeichman*
_____
Thomas Zeichman, Esq.

All the terms and conditions contained in this letter have been **REVIEWED, ACKNOWLEDGED AND ACCEPTED** by Client this ____ day of July 2024.

SCIONTI CONSTRUCTION GROUP, LLC

By: _____
Joseph Scionti, Manager

2385 N.W. Executive Center Drive, Suite 250 · Boca Raton, Florida 33431