UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC

Case No. 24-17612-RAM
Chapter 11

     Debtor.
_____/

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE FOR H. BRUCE BRONSON

Motion and Affidavit of Local Counsel

I, Thomas G. Zeichman ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* H. Bruce Bronson ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the Southern and Eastern District of New York and the District of Connecticut, and qualified to practice in this court, who proposes to act as counsel for Scionti Construction Group, LLC ("Client(s)") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client(s). I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s). I understand that if I decline to serve

as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated: August 2, 2024.

        Thomas G. Zeichman, Esq.
        Beighley, Myrick, Udell, Lynne + Zeichman, P.A.
        *Local Counsel*
        2385 NW Executive Center Drive, Suite 250
        Boca Raton, FL 33431
        Phone: 561.549.9036 ex 2204
        Fax: 561.491.5509
        tzeichman@bmulaw.com
        Florida Bar No. 99239
        BY:  /s/ Thomas G. Zeichman, Esq.
            Thomas G. Zeichman, Esq.
            Florida Bar. No. 99239

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this August 2, 2024, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

        By:    /s/ Thomas G. Zeichman
            THOMAS G. ZEICHMAN
            Florida Bar No. 99239

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------x
In re:

SCIONTI CONSTRUCTION GROUP, LLC

Case No. 24-17612-RAM
Chapter 11

Debtor.

-----------------------------------------------------------x

I, H. Bruce Bronson, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the United States District Court for the Southern and Eastern Districts of New York and the District of Connecticut, including the United States Court of Appeals for the Second Circuit, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state[1], and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of SCIONTI CONSTRUCTION GROUP LLC ("Client"). I designate THOMAS G. ZEICHMAN, ESQ. AND BEIGHLEY, MYRICK, UDELL, LYNNE & ZEICHMAN ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client(s). I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client(s), and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

---

[1] My admission to the Commonwealth of Pennsylvania bar lapsed for failure to reregister and maintain the proper CLE credits. I do not practice in the Commonwealth of Pennsylvania.

Dated:August 2, 2024

                        H. Bruce Bronson  
                        Bronson Law Offices PC  
                        hbbronson@bronsonlaw.net  
                        NY Bar No. 1679380  
                        BY: _/s/ Bruce Bronson_____  
                                H. Bruce Bronson