

ORDERED in the Southern District of Florida on August 5, 2024.

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC

    Debtor.
_____/

Case No. 24-17612-RAM
Chapter 11

**FINAL ORDER APPROVING**
*DEBTOR'S APPLICATION TO EMPLOY THOMAS G. ZEICHMAN, ESQ.
AND BEIGHLEY, MYRICK, UDELL, LYNNE & ZEICHMAN AS LOCAL
COUNSEL EFFECTIVE AS OF JULY 20, 2024*

This matter came before the Court on *Application to Employ Thomas G. Zeichman, Esq. and Beighley, Myrick, Udell, Lynne & Zeichman as Local Counsel Effective as of the July 20, 2024* [ECF 45] (the "Application"), and the Declaration of Thomas G. Zeichman, Esq. on behalf of Beighley, Myrick, Udell, Lynne & Zeichman, as Proposed Local Counsel for the Debtor (the "Declaration"), attached to the Application as Exhibit "A".

The Application requests entry of an Order approving the Debtor's employment of Thomas G. Zeichman, Esq. on behalf of Beighley, Myrick, Udell, Lynne & Zeichman (the "Applicant") as Local Counsel to the Debtor. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Declaration makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Declaration contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Applicant is disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. §§ 327(a) and (e), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby ORDERED as follows:

1. The Application is **APPROVED**.

2. The employment of Thomas G. Zeichman, Esq. on behalf of Beighley, Myrick, Udell, Lynne & Zeichman as Local Counsel to the Debtor in this Chapter 11 case is approved pursuant to 11 U.S.C. §§ 327 on a final basis.

3. The employment of Applicant by the Debtor shall be effective as of July 20, 2024.

4. Applicant shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Order Submitted by:

Thomas G. Zeichman, Esq.
BEIGHLEY, MYRICK,
UDELL, LYNNE + ZEICHMAN, PA
*Local Counsel for Debtor*
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

*Attorney Thomas G. Zeichman, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.*