

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024

Account Number:

00007872 DRE 021 210 21624 NNNNNNNNNNN   1 000000000 D2 0000
SCIONTI CONSTRUCTION GROUP, LLC
PO BOX 452700
MIAMI FL 33245-2700

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $29,798.00 |
| Deposits and Additions | 16 | 151,156.79 |
| ATM & Debit Card Withdrawals | 110 | -35,418.38 |
| Electronic Withdrawals | 67 | -123,557.20 |
| Ending Balance | 193 | $21,979.21 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Book Transfer Credit B/O: Jax 01, LLC Bronxville NY 10708-4415 US Ref: Second To Last Final Payment For Construction For Jax 01 LLC Trn: 3375204184Es | $10,000.00 |
| 07/03 | ATM Check Deposit         07/03 1230 Sw 2ND Ave Miami FL Card 3686 | 5,087.50 |
| 07/08 | Book Transfer Credit B/O: Jax 01, LLC Bronxville NY 10708-4415 US Ref: Final Construction Payment Minus $10,000. Remaining Balance To Be Paid After Successful Walk Through. Trn: 3773304190Es | 28,618.01 |
| 07/10 | Deposit      1235218768 | 55,037.50 |
| 07/15 | Reversal: Roof Depot USA 305-6357663 FL        06/04  Claimid: 024934605390001 06/05/2024 | 8,748.59 |
| 07/15 | Reversal: Door One USA 352-3737177 FL          06/14  Claimid: 024934605390001 06/17/2024 | 4,446.92 |
| 07/15 | Reversal: National Plumbing Sup 305-970-9045 FL    06/08  Claimid: 024934605390001 06/10/2024 | 3,057.40 |
| 07/15 | Reversal: Roof Depot USA 305-6357663 FL        06/07  Claimid: 024934605390001 06/10/2024 | 354.37 |
| 07/15 | Service Fee Reversal | 150.00 |
| 07/16 | Card Purchase Return    07/11 Gms Southeast Inc 352-3769815 FL Card 0698 | 1,184.73 |
| 07/18 | ATM Check Deposit        07/18 11895 Sherry Ln Miami FL Card 3686 | 79.19 |
| 07/22 | Online Transfer From Chk ...2052 Transaction#: 21487867526 | 1,400.00 |



June 29, 2024 through July 31, 2024

Account Number: ███████████

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | Card Purchase Return   07/24 The Home Depot #6378 Hialeah FL Card 3686 | 197.58 |
| 07/30 | Book Transfer Credit B/O: Jax 01, LLC Bronxville NY 10708-4415 US Ref: Final Payment For Jax 01. Thank You! Trn: 3331534212Es | 9,380.00 |
| 07/30 | Deposit    1234922736 | 22,015.00 |
| 07/31 | ATM Check Deposit       07/31 11895 Sherry Ln Miami FL Card 3686 | 1,400.00 |
| **Total Deposits and Additions** | | **$151,156.79** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/01 | Card Purchase | 06/27 The Home Depot #0270 Gainesville FL Card 0698 | $682.67 |
| 07/01 | Card Purchase | 06/28 The Home Depot #0270 Gainesville FL Card 0698 | 131.39 |
| 07/01 | Card Purchase | 06/28 Mpa Parking Pay By Phon Miami FL Card 0698 | 1.78 |
| 07/01 | Card Purchase | 06/28 The Home Depot #0277 Miami FL Card 0698 | 40.57 |
| 07/01 | Card Purchase | 06/28 Sq *Frp Specialties, Ll Gosq.Com FL Card 0698 | 530.00 |
| 07/01 | Card Purchase | 06/28 Boone Welding  Powder 352-3729533 FL Card 0698 | 262.03 |
| 07/01 | Card Purchase | 06/28 Chevron 0202663 Miami FL Card 0698 | 61.67 |
| 07/01 | Card Purchase | 06/28 Central Paint Store Gainesville FL Card 0698 | 193.29 |
| 07/01 | Card Purchase | 06/29 Lowes #03278* 352-448-2000 FL Card 0698 | 318.97 |
| 07/01 | Card Purchase | 06/29 Silver Springs Ace Ha 352-512-9467 FL Card 0698 | 350.86 |
| 07/02 | Card Purchase | 07/01 Dnh*Godaddy.Com 480-5058855 AZ Card 3686 | 125.82 |
| 07/02 | Card Purchase | 07/01 Gms Southeast Inc 352-3769815 FL Card 3686 | 87.43 |
| 07/02 | Card Purchase | 07/02 Lowes #03278* 352-448-2000 FL Card 3686 | 35.63 |
| 07/03 | Card Purchase | 07/02 Boone Welding  Powder 352-3729533 FL Card 3686 | 522.72 |
| 07/03 | Card Purchase | 07/03 Amazon.Com*R75Rx8Ln1 Amzn.Com/Bill WA Card 3686 | 298.53 |
| 07/05 | Card Purchase | 07/02 City of Aventura Aventura FL Card 3686 | 389.50 |
| 07/05 | Card Purchase | 07/02 Cityofaventura*Service 718-7822823 NY Card 3686 | 10.87 |
| 07/05 | Card Purchase | 07/02 City of Aventura 305-4668922 FL Card 3686 | 335.00 |
| 07/05 | Card Purchase | 07/02 Cityofaventura*Service 718-7822823 NY Card 3686 | 9.35 |
| 07/05 | Card Purchase | 07/03 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/05 | Card Purchase | 07/03 Resmondo Gas Service High Springs FL Card 3686 | 300.00 |
| 07/05 | Card Purchase | 07/03 Lowes #03278* 352-448-2000 FL Card 3686 | 169.64 |
| 07/05 | Card Purchase | 07/03 Bal Harbour Parking 305-866-4633 FL Card 3686 | 2.35 |
| 07/05 | Card Purchase | 07/04 Mb-Parking Parkmobil Www.Parkmobil FL Card 3686 | 8.35 |
| 07/05 | Card Purchase | 07/04 Mb-Parking Parkmobil Www.Parkmobil FL Card 3686 | 4.35 |
| 07/05 | Card Purchase | 07/05 Lowes #03278* 352-448-2000 FL Card 3686 | 111.43 |
| 07/05 | Card Purchase With Pin | 07/05 Hergos Inc. Lantana FL Card 3686 | 3.20 |
| 07/05 | Card Purchase With Pin | 07/05 Hergos Inc. Lantana FL Card 3686 | 38.25 |
| 07/08 | Card Purchase | 07/05 Com Online 305-4161932 FL Card 3686 | 156.65 |
| 07/08 | Card Purchase | 07/05 Com Online 305-4161932 FL Card 3686 | 156.65 |
| 07/08 | Card Purchase | 07/05 Com Online 305-4161932 FL Card 3686 | 156.65 |
| 07/08 | Card Purchase | 07/05 Lowes #03278* 352-448-2000 FL Card 3686 | 129.04 |
| 07/08 | Card Purchase | 07/06 National Plumbing Suppl Miami FL Card 3686 | 247.91 |
| 07/08 | Card Purchase | 07/07 Uber   Trip Help.Uber.Com CA Card 3686 | 149.14 |
| 07/08 | Card Purchase | 07/06 Silver Springs Ace Ha 352-512-9467 FL Card 3686 | 88.50 |
| 07/08 | Card Purchase | 07/07 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 3.77 |
| 07/09 | Card Purchase | 07/08 IN *Affordable Dumpste 877-3938677 FL Card 3686 | 1.00 |
| 07/09 | Card Purchase | 07/08 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/09 | Card Purchase | 07/08 IN *Affordable Dumpste 877-3938677 FL Card 3686 | 418.00 |
| 07/09 | Card Purchase | 07/08 IN *Affordable Dumpste 877-3938677 FL Card 3686 | 104.75 |
| 07/09 | Card Purchase | 07/08 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |



June 29, 2024 through July 31, 2024

Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/09 | Card Purchase | 07/08 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |
| 07/09 | Card Purchase | 07/08 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |
| 07/10 | Card Purchase | 07/09 Coh Internet Building 954-321-3232 FL Card 3686 | 563.51 |
| 07/10 | Card Purchase | 07/09 Geico *Auto 800-841-3000 DC Card 3686 | 1,718.87 |
| 07/10 | Card Purchase | 07/10 Aci*Ally Bank #502 800-252-9638 NE Card 3686 | 651.39 |
| 07/10 | Card Purchase | 07/10 Aci FL Power & Light 800-226-3545 FL Card 3686 | 917.71 |
| 07/11 | Card Purchase | 07/10 Att*Bill Payment 800-331-0500 TX Card 3686 | 75.20 |
| 07/11 | Card Purchase | 07/09 The Home Depot #6378 Hialeah FL Card 3686 | 447.21 |
| 07/11 | Card Purchase | 07/10 Chevron 0202649 Miami FL Card 3686 | 6.41 |
| 07/11 | Card Purchase | 07/10 Chevron 0202649 Miami FL Card 3686 | 35.06 |
| 07/12 | Card Purchase | 07/11 Lowes #03278* 352-448-2000 FL Card 3686 | 109.13 |
| 07/12 | Card Purchase | 07/11 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/12 | Card Purchase | 07/11 Com Online 305-4161932 FL Card 3686 | 156.65 |
| 07/12 | Card Purchase | 07/11 Com Online 305-4161932 FL Card 3686 | 50.00 |
| 07/12 | Card Purchase | 07/11 Com Online 305-4161932 FL Card 3686 | 50.00 |
| 07/12 | Card Purchase | 07/11 Com Online 305-4161932 FL Card 3686 | 50.00 |
| 07/12 | Card Purchase | 07/11 Regus Management Group Iwgplc.Com TX Card 3686 | 455.87 |
| 07/15 | Card Purchase | 07/12 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/15 | Card Purchase | 07/12 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 1.15 |
| 07/15 | Card Purchase | 07/12 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |
| 07/15 | Card Purchase With Pin | 07/13 Miccosukee Servi Fort Lauderda FL Card 3686 | 30.55 |
| 07/15 | Card Purchase | 07/13 Dunkin #359973 Ochopee FL Card 3686 | 5.97 |
| 07/15 | Card Purchase | 07/13 The Home Depot 8444 Fort Myers FL Card 3686 | 639.03 |
| 07/15 | Card Purchase | 07/15 City of South Miami 305-663-6343 FL Card 3686 | 5.00 |
| 07/16 | Card Purchase | 07/16 Public Storage 23415 800-567-0759 FL Card 3686 | 376.62 |
| 07/16 | Card Purchase | 07/16 Public Storage 23415 800-567-0759 FL Card 3686 | 179.82 |
| 07/16 | Card Purchase | 07/15 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 0.90 |
| 07/16 | Card Purchase | 07/16 City of South Miami 305-663-6343 FL Card 3686 | 5.00 |
| 07/16 | Card Purchase | 07/15 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/17 | Card Purchase | 07/17 City of South Miami 305-663-6343 FL Card 3686 | 3.50 |
| 07/17 | Card Purchase | 07/16 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 3.40 |
| 07/18 | Card Purchase | 07/17 Com Online 305-4161932 FL Card 3686 | 50.00 |
| 07/18 | Card Purchase | 07/17 IN *Coulomb Engineerin 305-9034679 FL Card 3686 | 3,000.00 |
| 07/18 | Card Purchase | 07/17 Regus Management Group Iwgplc.Com TX Card 3686 | 26.84 |
| 07/18 | Card Purchase | 07/18 Lowes #03278* 352-448-2000 FL Card 3686 | 258.00 |
| 07/19 | Card Purchase | 07/18 Usps PO 1158980130 Miami FL Card 3686 | 1.46 |
| 07/19 | Card Purchase | 07/18 IN *Affordable Dumpste 877-3938677 FL Card 3686 | 38.00 |
| 07/19 | Card Purchase | 07/18 IN *Affordable Dumpste 877-3938677 FL Card 3686 | 9.50 |
| 07/22 | Card Purchase | 07/18 The Home Depot #0276 Fort Myers FL Card 3686 | 355.52 |
| 07/22 | Card Purchase | 07/19 AT&T Bill Payment 800-331-0500 TX Card 3686 | 707.73 |
| 07/22 | Card Purchase | 07/19 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |
| 07/22 | Card Purchase | 07/19 The Home Depot #0276 Fort Myers FL Card 3686 | 170.88 |
| 07/23 | Card Purchase | 07/22 Mpa Parking Pay By Ph 305-373-6789 FL Card 3686 | 1.78 |
| 07/23 | Card Purchase With Pin | 07/23 7-Eleven Miami FL Card 3686 | 26.10 |
| 07/23 | Card Purchase With Pin | 07/23 The Home Depot #6378 Hialeah FL Card 3686 | 26.72 |
| 07/24 | Card Purchase | 07/23 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 1.15 |
| 07/24 | Card Purchase | 07/23 Ace Hardware of Kendall Miami FL Card 3686 | 16.04 |
| 07/25 | Card Purchase | 07/23 The Home Depot #8444 Fort Myers FL Card 3686 | 206.81 |
| 07/25 | Card Purchase | 07/24 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 1.15 |
| 07/25 | Card Purchase | 07/24 Postalannex 4022 Miami FL Card 3686 | 19.59 |
| 07/26 | Card Purchase | 07/24 The Home Depot #0276 Fort Myers FL Card 3686 | 41.28 |





June 29, 2024 through July 31, 2024

Account Number:

## ATM & DEBIT CARD WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/26 | Card Purchase | 07/24 The Home Depot #0277 Miami FL Card 3686 | 231.15 |
| 07/26 | Card Purchase | 07/24 The Home Depot #6378 Hialeah FL Card 3686 | 377.65 |
| 07/26 | Card Purchase | 07/25 Coral Gables Paybypho 305-569-1847 FL Card 3686 | 2.02 |
| 07/26 | Card Purchase | 07/25 Alpha Dumpsters USA I 941-342-1277 FL Card 3686 | 50.70 |
| 07/29 | Reversal: Door One USA 352-3737177 FL   06/14  Claimid: 0249346 05390001  0 6/17/2024 | | 4,446.92 |
| 07/29 | Reversal: Roof Depot USA 305-6357663 FL   06/07  Claimid: 0249346 05390001  0 6/10/2024 | | 354.37 |
| 07/29 | Card Purchase | 07/25 The Home Depot #0276 Fort Myers FL Card 3686 | 389.84 |
| 07/29 | Card Purchase | 07/26 Tin Tipper Dumpster R 239-677-3525 FL Card 3686 | 548.48 |
| 07/29 | Card Purchase | 07/26 Ju Estimation LLC Httpsjuestima OH Card 3686 | 350.00 |
| 07/29 | Card Purchase | 07/27 Ace Hardware of Kenda 999-999-9999 FL Card 3686 | 32.04 |
| 07/29 | Card Purchase With Pin | 07/27 Site 12128 Coral Gables FL Card 3686 | 20.00 |
| 07/29 | Card Purchase | 07/27 The Home Depot 3119 Fort Myers FL Card 3686 | 60.91 |
| 07/29 | Card Purchase With Pin | 07/28 Sunshine #812 Fort Lauderda FL Card 3686 | 37.54 |
| 07/29 | Card Purchase With Pin | 07/28 Uber   *Trip San Francisco CA Card 3686 | 54.90 |
| 07/29 | Card Purchase | 07/29 Palm Beach County Palm Beach GA FL Card 3686 | 42.23 |
| 07/30 | Reversal: Roof Depot USA 305-6357663 FL   06/04  Claimid: 0249346 05390001  0 6/05/2024 | | 8,748.59 |
| 07/30 | Card Purchase | 07/29 Marriott Harbor Beac FT Lauderdale FL Card 3686 | 15.93 |
| 07/31 | Card Purchase | 07/31 Standard Premium Finan 305-2327040 FL Card 3686 | 1,495.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$35,418.38** |

## ATM & DEBIT CARD SUMMARY

Ann Maria Ferrao  Card 0698

| | |
|---|---|
| Total ATM Withdrawals & Debits | $13,549.88 |
| Total Card Purchases | $2,573.23 |
| Total Card Deposits & Credits | $17,792.01 |

Ann Maria Ferrao  Card 3686

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,295.27 |
| Total Card Deposits & Credits | $6,764.27 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $13,549.88 |
| Total Card Purchases | $21,868.50 |
| Total Card Deposits & Credits | $24,556.28 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Zelle Payment To Srg Jpm99Ajhyo40 | $1,575.00 |
| 07/01 | 06/29 Online Transfer To Chk ...0693 Transaction#: 21249615917 | 1,000.00 |
| 07/01 | 06/29 Online Transfer To Chk ...2052 Transaction#: 21253754469 | 228.64 |
| 07/01 | 06/29 Online Transfer To Chk ...2052 Transaction#: 21253881530 | 179.31 |
| 07/01 | Zelle Payment To Hamilton Tile Jpm99Ajjkxxw | 1,815.00 |
| 07/01 | Zelle Payment To P Jpm99Ajjp8Jo | 1,300.00 |
| 07/01 | Zelle Payment To Fernanda Jpm99Ajjxxd1 | 1,885.00 |



June 29, 2024 through July 31, 2024

Account Number:

## ELECTRONIC WITHDRAWALS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/01 | 06/30 Online Transfer To Chk ...2052 Transaction#: 21258651515 | 982.38 |
| 07/01 | 07/01 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Miami FL US Ben: Royal Master Services Inc Boca Raton FL 33131 US Ref: Final Drywall Dhc Project Ssn: 00202499 Trn: 3080174183Es | 7,416.44 |
| 07/01 | 07/01 Online Domestic Wire Transfer Via: Woodforest Natl Bk/053112592 A/C: Simmie Bullard Jacksonville NC 10555 US Imad: 0701Mmqfmp2L013130 Trn: 3284334183Es | 840.00 |
| 07/01 | Zelle Payment To Fernanda Jpm99Ajm13Cb | 1,500.00 |
| 07/01 | Zelle Payment To Fernanda Jpm99Ajmxypv | 3,500.00 |
| 07/02 | Zelle Payment To Osvaldo - Maintenance Jpm99Ajo5Jf0 | 300.00 |
| 07/02 | Zelle Payment To Hamilton Tile Jpm99Ajocox8 | 925.00 |
| 07/02 | Zelle Payment To Fernanda Jpm99Ajocycf | 1,200.00 |
| 07/03 | Zelle Payment To Ediberto Jpm99Ajpeano | 2,875.00 |
| 07/03 | 07/03 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Kimberly Group Lakeland FL 33801 US Imad: 0703Mmqfmp2L016051 Trn: 3302394185Es | 5,370.90 |
| 07/03 | 07/03 Online Transfer To Chk ...2052 Transaction#: 21294247745 | 1,000.00 |
| 07/03 | Zelle Payment To Df Enterprises Jpm99Ajqn5U9 | 1,500.00 |
| 07/08 | Zelle Payment To Hamilton Tile Jpm99AK09Lnc | 1,250.00 |
| 07/08 | Zelle Payment To P Jpm99AK09Ggb | 1,500.00 |
| 07/08 | Zelle Payment To Alvaro Jpm99AK0A6Mw | 3,000.00 |
| 07/09 | Zelle Payment To Jesus Jpm99AK0Kwea | 2,000.00 |
| 07/09 | Zelle Payment To Juan 21351345543 | 1,500.00 |
| 07/09 | Zelle Payment To Lucea 21352999095 | 2,300.00 |
| 07/10 | Zelle Payment To Fernanda Jpm99AK2Wd2S | 1,500.00 |
| 07/10 | 07/10 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Kimberly Group Lakeland FL 33801 US Imad: 0710Mmqfmp2L022653 Trn: 3427774192Es | 5,370.90 |
| 07/11 | 07/11 Online Transfer To Chk ...2052 Transaction#: 21371293810 | 1,545.00 |
| 07/11 | Zelle Payment To Srg Jpm99AK4M7F3 | 2,600.00 |
| 07/11 | 07/11 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: All Dade General Construction North Miami FL 33181 US Ref: 3Rd Deposit 18305 Biscayne Imad: 0711Mmqfmp2M017544 Trn: 3273154193Es | 3,000.00 |
| 07/11 | Zelle Payment To Andres Jpm99AK4Qs43 | 2,000.00 |
| 07/12 | Zelle Payment To Baker 21384717123 | 2,500.00 |
| 07/12 | Zelle Payment To Ediberto Jpm99AK6Y3Gd | 2,500.00 |
| 07/12 | 07/12 Online Domestic Wire Transfer Via: Truist Bank/263191387 A/C: Republic Commercial Fund LLC Miami FL 33131 US Ref: Loan Application Fee 7454 Sw 52ND Avenue Imad: 0712Mmqfmp2L023560 Trn: 3416744194Es | 3,500.00 |
| 07/12 | 07/12 Online Transfer To Chk ...2052 Transaction#: 21389323512 | 420.00 |
| 07/15 | Zelle Payment To Hamilton Tile Jpm99AK8Qom1 | 850.00 |
| 07/15 | Zelle Payment To Df Enterprises Jpm99Akb5Uvc | 1,600.00 |
| 07/15 | Zelle Payment To Hamilton Tile Jpm99Akb6Gok | 300.00 |
| 07/15 | Zelle Payment To Ediberto Jpm99Akcbvmj | 2,125.00 |
| 07/15 | Zelle Payment To Srg Jpm99Akcbx0R | 3,500.00 |
| 07/15 | 07/15 Online Domestic Wire Transfer Via: TD Bank, NA/067014822 A/C: Gelid Air Loxahatchee FL 33470 US Ref: Dhc Mechanical Imad: 0715Mmqfmp2L016440 Trn: 3409464197Es | 6,000.00 |
| 07/15 | Zelle Payment To Juan Fernandez Jpm99Akcxtb9 | 5,000.00 |
| 07/17 | Zelle Payment To Alvaro Jpm99Akfa67l | 1,810.00 |
| 07/17 | 07/17 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Kimberly Group Lakeland FL 33801 US Ref: Payroll Imad: 0717Mmqfmp2N023056 Trn: 3428244199Es | 5,356.90 |
| 07/17 | Zelle Payment To Hamilton Tile Jpm99Akgu7Ad | 575.00 |
| 07/17 | Zelle Payment To Hamilton Tile Jpm99Akgxr2R | 500.00 |
| 07/22 | Zelle Payment To Alvaro Jpm99Aknoj5U | 147.00 |
| 07/22 | Zelle Payment To Hamilton Tile Jpm99Aknpvbf | 500.00 |
| 07/22 | Zelle Payment To Fernanda Jpm99Akoz813 | 1,904.00 |



June 29, 2024 through July 31, 2024

Account Number: ███████████

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/22 | Zelle Payment To Jesus Jpm99Akp8V6L | 1,060.00 |
| 07/22 | Zelle Payment To P Jpm99Akpa7Av | 250.00 |
| 07/22 | Zelle Payment To P Jpm99Akpd68W | 1,000.00 |
| 07/22 | 07/22 Online Transfer To Chk ...2052 Transaction#: 21486524578 | 2,000.00 |
| 07/23 | 07/23 Online Transfer To Chk ...2052 Transaction#: 21491654883 | 1,100.00 |
| 07/23 | Zelle Payment To Osvaldo - Maintenance Jpm99Akregas | 300.00 |
| 07/24 | Zelle Payment To Fernanda Jpm99Akshm0T | 1,000.00 |
| 07/24 | Zelle Payment To Osvaldo - Maintenance Jpm99Aksiak6 | 150.00 |
| 07/25 | 07/25 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Kimberly Group Lakeland FL 33801 US Ref: Payroll Imad: 0725Mmqfmp2K001985 Trn: 3006894207Es | 5,298.73 |
| 07/25 | Zelle Payment To Kings Jpm99Akubahv | 1,400.00 |
| 07/25 | Zelle Payment To Alvaro Jpm99Akubjuw | 1,052.00 |
| 07/26 | Zelle Payment To Hamilton Tile Jpm99Akwse2X | 1,000.00 |
| 07/29 | Zelle Payment To Hamilton Tile Jpm99AL27Vpc | 1,100.00 |
| 07/29 | Zelle Payment To Zeleidy Jpm99AL281J3 | 450.00 |
| 07/30 | 07/30 Online Transfer To Chk ...2052 Transaction#: 21560677351 | 1,000.00 |
| 07/30 | Zelle Payment To Osvaldo - Maintenance Jpm99AL459Lg | 100.00 |
| 07/31 | 07/31 Online Transfer To Chk ...2052 Transaction#: 21568210617 | 2,000.00 |
| 07/31 | Zelle Payment To P Jpm99AL5P7J5 | 1,250.00 |
| **Total Electronic Withdrawals** | | **$123,557.20** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 07/01 | $5,003.00 | 07/12 | 44,722.18 | 07/23 | 22,331.65 |
| 07/02 | 12,329.12 | 07/15 | 41,417.58 | 07/24 | 21,164.46 |
| 07/03 | 5,849.47 | 07/16 | 42,036.57 | 07/25 | 13,186.18 |
| 07/05 | 4,463.78 | 07/17 | 33,787.77 | 07/26 | 11,680.96 |
| 07/08 | 26,243.48 | 07/18 | 30,532.12 | 07/29 | 3,793.73 |
| 07/09 | 19,910.99 | 07/19 | 30,483.16 | 07/30 | 25,324.21 |
| 07/10 | 64,226.11 | 07/22 | 23,786.25 | 07/31 | 21,979.21 |
| 07/11 | 54,517.23 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---:|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.



June 29, 2024 through July 31, 2024

Account Number:

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 3 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 6 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 120 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| ACH Debit Block - Authorized ID | 1 | 0 | 1 | $0.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT**

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 3 |
| Electronic Credits | 6 |
| **Credits** | |
| Non-Electronic Transactions | 120 |
| **Cash Management Services** | |
| Debit Block Maintenance | 1 |
| ACH Debit Block - Authorized ID | 1 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



June 29, 2024 through July 31, 2024

Account Number:

This Page Intentionally Left Blank