

Bus

**ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicab**
SCIONTI CONSTRUCTION GROUP, LLC
Debtor in Possession case no 24-17612

**BUSINESS ADDRESS**
5794 COMMERCE LN
SOUTH MIAMI, FL 33143-3641
United States/US Territories

| | |
|---|---|
| **PRIMARY ID TYPE** | **PRIMARY ID NUMBER** |
| Website Documentation | 3287 |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** |
| None | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open
signatures appearing below are genuine or facsimile signatures of the person(s) authori
named person(s) to so act. The Bank is entitled to rely on the authority of the named pe
provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its
Agreement or other applicable account agreement, which include all provisions that app
management services if applicable, and agree to be bound by the terms and conditions

**PRINTED NAME**        **TAXPAYER ID #**