IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CHAPTER 11

SCIONTI CONSTRUCTION GROUP LLC                CASE No. 24-17612-RAM

                    DEBTOR.
_____/

### SECURED CREDITOR'S JOINDER TO THE U.S. TRUSTEE'S OBJECTION TO THE MOTION TO EXTEND EXCLUSIVITY PERIOD

Secured Creditor, Shorecrest Investment Fund, LLC (the "Secured Creditor") files this Joinder to the Objection to the Motion to Extend Exclusivity Period to File Chapter 11 Plan and Disclosure Statement (Doc. 78) (the "Objection") filed by the United States Trustee.  The Secured Creditor provides the following in support thereof:

1.      On May 14, 2024, the Debtor, Scionti Construction Group, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code before the United States Bankruptcy Court for the Southern District of New York in the case styled as *In re Scionti Construction Group, LLC*, Case No. 24-17612 (the "Bankruptcy Case").

2.      On July 26, 2024, the Bankruptcy Court entered an Order transferring the Bankruptcy Case to the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

3.      On November 12,  2024, the Debtor filed a Motion to Extend the Exclusivity Period (Doc. 76) (the "Motion to Extend"), which expires on November 21, 2024 for sixty (60) days.

4.      On November 13, 2024, the United States Trustee filed the Objection.

5.      The Secured Creditor joins in the arguments raised in the Objection and incorporates them by reference herein.

6.      The Secured Creditor is not currently receiving any adequate protection payments and will be harmed by the extension of the exclusivity period.

7.      Accordingly, the Secured Creditor respectfully requests that the Motion to Extend is Denied.

Wherefore, the Secured Creditor respectfully requests entry of an Order denying the Motion to Extend and providing any further relief that this Court deems just and proper.

**Tromberg, Morris & Partners, PLLC**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tmppllc.com
astone@tmppllc.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 14, 2024, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Thomas G Zeichman
2385 Executive Center Dr., Ste. 250
Boca Raton, FL 33431
tzeichman@bmulaw.com

H. Bruce Bronson, Jr.
480 Mamaroneck Avenue
Harrison, NY 10528

U.S. Trustee Southern District of Florida
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

On November 14, 2024, a true and correct copy was mailed to the non-CM/ECF participants:

Scionti Construction Group LLC
PO Box 452700
Miami, FL 33143

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Tromberg, Morris & Partners, PLLC**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tmppllc.com
astone@tmppllc.com