UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC

Case No. 24-17612-RAM
Chapter 11

　　　　Debtor.
_____/

### DEBTOR'S NOTICE OF FILING RELATED TO ORDER NO. 103

Scionti Construction Group, LLC (the "Debtor"), by and through undersigned counsel, files this Notice of Filing as required by the Court's Order (ECF No. 103) at paragraph 3 related to the DIP loan proceeds.

Respectfully submitted November 26, 2024.

           **BEIGHLEY, MYRICK, UDELL,**
           **LYNNE & ZEICHMAN, PA**
           *Local Counsel for Debtor*
           2385 Executive Center Drive, Suite 250
           Boca Raton, FL 33431
           Phone: 561-549-9036
           Fax: 561-491-5509
           tzeichman@bmulaw.com

           By:   /s/ Thomas G. Zeichman
                 THOMAS G. ZEICHMAN
                 Florida Bar No. 99239

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of November, 2024, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

           By:   /s/ Thomas G. Zeichman
                 THOMAS G. ZEICHMAN
                 Florida Bar No. 99239

```
UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF FLORIDA
         MIAMI DIVISION
-----------------------------------------------------------x
In re:                                                        Case No.  24-17612-RAM
                                                              Chapter 11
SCIONTI CONSTRUCTION GROUP, LLC

                    Debtor.
-----------------------------------------------------------x
```

H. Bruce Bronson, an attorney duly admitted to practice law in the state of New York and admitted *pro hac vice* in this matter pursuant to court order dated August 2, 2024.

1. Attached hereto is an amended letter of intent ("LOI") from the Republic Commercial Fund , LLC ("Lender") dated November 26, 2024.

2. A preliminary hearing on the debtor in possession financing motion (the "Motion") was heard on November 21, 2024.

3. This Court adjourned the Motion and set December 11, 2024, as the date to hear the Motion for final approval.

4. The Court asked that Debtor detail in a clear statement the available funds after payment of points, fees, costs and the RBI Mortgage Loan ("RBI Loan").

5. The Debtor asked the Lender to increase the DIP financing amount so as to provide sufficient funds for the Debtor's construction project at 7454 SW 52nd Avenue, Coral Gables, FL (the "Property").

6. Based on the revised LOI the funds would be expended as follows:

**Scionti Construction Group LLC**   Case No.:24-17612

| | |
|---|---:|
| Debtor in Possession Loan | |
| Loan Amount | $3,000,000 |
| 6 % Fee-Lender | ($180,000.00) |
| Construction Costs | ($1,823,444.37) |
| Loan Processing | ($5,000.00) |
| Lender Legal Fees (est.) | ($30,000.00) |
| Debtor legal (est.) | ($50,000.00) |
| U.S. Trustee Fees | ($24,000.00) |
| RBI Opportunities Payoff | ($860,000.00) |
| Remaining Funds | $27,556 |

Dated: Harrison, NY
November 25, 2024

**BRONSON LAW OFFICES, P.C.**

/s/ *H. Bruce Bronson*
H. Bruce Bronson, Esq.

Docusign Envelope ID: D5B8A779-BE4E-47FA-A4DF-A37F508F3C32



**Republic Commercial Fund**

# Republic Commercial Fund, LLC

Tel: 1.855.456.FUND Cell: 305.849.2646
email: walter@republicfundus.com    walterabreu1@gmail.com
www.republicfundus.com

## LETTER OF INTENT

11/26/2024

**Dear Scionti Construction Group,**

Greetings! Welcome to Republic Commercial Fund LLC, hereinafter referred to as RCF. We are pleased to inform you of our intent to provide you with a Commitment to finance your property. The following are proposed terms for funding:

**Subject property:**

7454 SW 52nd Ave Coral Gables, FL 33143

**The following terms are applicable:**

| | |
|---|---|
| **Borrower:** | Scionti Construction Group |
| **Loan Amount:** | $3,000,000.00 |
| **Transaction Type:** | 1st Lien |
| **Term of the loan:** | 18 months interest only |
| **Note Rate:** | 12.50% |
| **Collateral:** | 7454 SW 52 Ave, Coral Gables, FL 33143 |
| **Points:** | 6 |
| **Appraisal:** | Full Appraisal needed |

**\*\*Will need bankruptcy approval to proceed.**

| | |
|---|---|
| **Commitment Fees:** | |
| Loan Processing: | $3,500.00- Up front- Paid |
| Required Deposit to be paid to the fund: | $5,000.00- At Closing |
| **Total Fees related to processing** | **$8,500.00** |

**Total Commitment Balance Fee:**       $5,000.00- At closing

**Draw Fee:**       $650.00- Per Draw

**Appraisal fee on asset is the borrower's responsibility.**

**Additional fees may be due at closing**

| RBI Payoff - 1st Lien | Draws 1 | Draws 2 | Draws 3 | Draws 4 | Draws 5 | Draws 6 |
|---|---|---|---|---|---|---|
| | | | | | | |

1/2



Republic Commercial Fund

Draws: The draws on this construction loan will be funded when the following items are presented: approved budget, the on-site inspection is completed, proof of payment is provided, and lien has been released.

This Agreement constitutes the legal, binding obligation of the Client, and any person or entity associated with the Client, or Guarantor(s), all referred to as "The Parties." No oral promise conducted in a competent court system within the State of Florida, as the venue with sole jurisdiction, regardless of any other laws that may be specific to any other particular jurisdiction within the United States.

It is further agreed that any reward in such an action shall be limited to the actual amount or consideration paid upon acceptance of this agreement by the parties. The parties each hereby unconditionally and irrevocably waive any and all rights to trial by jury in any suit, counterclaim, or cross-claim arising in connection with, out of, or otherwise relating to the subject loan and transaction, loan documents, the obligation, the collateral, or any parts of the related transaction.

**RCF's Success Fee:**

RCF's Total Success Fee is 6% of the Gross Loan Amount received by the Client at the closing for this transaction.

**Client's Acceptance:**

By executing this agreement, the client agrees to have the closing agent for this transaction deduct the balance of RCF's Total Success Fee from the loan proceeds at closing. Other conditions to the terms may apply for the successful closing of this transaction, which were unknown to Republic Commercial Fund, LLC at the time this agreement was prepared and submitted. RCF attempts to provide the closest possible terms noted on this agreement; however, the loan documents prepared for this transaction supersede any and all conditions and terms of this agreement. Commitment fees are non-refundable and are not contingent upon the successful closing of this transaction. Upon receipt of an executed copy of this Letter of Intent, RCF will sign the agreement and return a copy of it to the client.

**Needs List:**
**\*\*Court Approval to proceed with the loan.  Appraisal must be done immediately after court approval.**
Corporation Documents
Appraisal
Current Payoff
Additional documentation will be requested as needed.

Signed by:
Client signature: _Joseph Scionti_
                  3CF909DB85D04AB...

Date: 11/26/2024                  Print Name: _____

Cell Phone No.: _____  Email Address: _____

DocuSigned by:
_Walter Abreu_
EC56BA34004D49F...

Walter Abreu
**Republic Commercial Fund, LLC**