

**ORDERED in the Southern District of Florida on December 18, 2024.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
SCIONTI CONSTRUCTION GROUP LLC,                    CASE NO. 24-17612-RAM

    Debtor.                                                                              Chapter 11
_____/

### ORDER DENYING RBI OPPORTUNITIES, LLC
### MOTION TO DISMISS CASE

This Case came before the Court on December 11, 2024 at 11:00 a.m., on the Motion of RBI Opportunities, LLC ("RBI") to Dismiss Case (DE# 73) (the "Motion to Dismiss"). For the reasons stated orally and recorded in open Court, it is

    **ORDERED:**

    1. The Motion to Dismiss is denied without prejudice.

# # #

1

Submitted by:

Nicholas B. Bangos
Nicholas B. Bangos, P.A.
2560 RCA Blvd., Suite 114
(561) 781-0202
Palm Beach Gardens, FL 33410
nick@nbbpa.com
*Attorneys for the Debtor in Possession*

(*Attorney Bangos is directed to serve a copy of this Order on all interested parties and to file a Certificate of Service reflecting same.*)