**The relief granted by this Order is in rem only and does not authorize the movant to seek an in personam judgment against the debtor.**



**ORDERED in the Southern District of Florida on February 4, 2025.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                              Case No. 24-17612-RAM

SCIONTI CONSTRUCTION GROUP, LLC                                      Chapter 11

      Debtor.
_____/

### AGREED ORDER GRANTING RBI OPPORTUNITIES LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This Case came before the Court on January 30, 2025 at 11:00 a.m. on the Debtor's Debtor's Motion for Extension of Time (DE# 116) to Comply With: (1) Amended Order: (1) Authorizing the Debtor to Obtain Superpriority Post-Petition Financing; (2) Granting Liens and Superpriority Claims; (3) Granting Adequate Protection and (4) Modifying the Automatic Stay (the "DIP Financing Order") (DE# 112). At the hearing the Court conditioned the relief granting the Debtor an extension of time to close on the Debtor in Financing referenced in the DIP

1

Financing Order on the grant of stay relief to RBI Opportunities LLC ("RBI") on its Motion for Relief From the Automatic Stay (the "Stay Relief Motion")(DE# 110), scheduled for hearing on February 6, 2025. Based upon the agreement of the parties, for good cause shown and for the reasons stated orally and recorded in open Court, it is

ORDERED:

1. The Stay Relief Motion is Granted as set forth herein.

2. If the loan fails to close by February 21, 2025, then on February 22, 2025 RBI Opportunities LLC is granted stay relief pursuant to 11 USC 362 and may proceed against the Debtor, its property and any codebtors.

3. The 14-day stay under Fed. R. Bank. P. 4001 is waived.

#   #   #

Submitted by:
Nicholas B. Bangos
Nicholas B. Bangos, P.A.
Florida Bar No. 0834238
2560 RCA Blvd., Suite 114
Palm Beach Gardens, FL 34997
(561) 781-0202
*nick@nbbpa.com*
*Attorneys for RBI Opportunities LLC*