UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Scionti Construction Group, LLC,             Case No. 24-17612-RAM
                                                                                             Chapter 11

            Debtor.

_____/

**DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME
TO COMPLY WITH:**

***AMENDED ORDER: (1) AUTHORIZING THE DEBTOR TO OBTAIN
SUPERPRIORITY POST-PETITION FINANCING; (2) GRANTING LIENS AND
SUPERPRIORITY CLAIMS; (3) GRANTING ADEQUATE PROTECTION; AND (4)
MODIFYING THE AUTOMATIC STAY (ECF NO. 113)***

The Debtor, Scionti Construction Group, LLC (the "Debtor") moves for an extension of time to comply with this Court's Financing Order (ECF No. 113) (the "Financing Order"). Specifically, the Debtor seeks an extension of time to close the loan contemplated by the Financing Order. In support of the Motion, the Debtor states in support.

**BACKGROUND**

1. The Debtor owns the fee interest in the parcel located at 7454 SW 52nd Avenue, Miami, Florida (the "Property"), which is a vacant lot. The Property is encumbered by two liens, a first mortgage held by RBI Opportunities LLC ("RBI") (*see* POC 10) and a blanket UCC lien that is subordinate to RBI's mortgage, held by the U.S. Small Business Administration (the "SBA") with a claimed balance of $2,194,604.44 as of the petition filing (*see* POC 2).

2. The Debtor previously filed a Financing Motion (ECF No. 84) to obtain a construction loan to build on the Property. The Court conducted hearings on the Financing Motion

on November 21, 2024 and December 11, 2024. Ultimately, the Financing Motion was granted as provided for in the Court's Financing Order (ECF No. 113).

3. The Financing Motion and Financing Order contemplate, among other things, a priming of the SBA. Reaching an agreement and approval for the SBA's treatment in the Financing Order, plus other parties in interest, took substantial time and the intervening holidays increased the delay. Accordingly, though the hearing took place on December 11, 2024; the Financing Order was not entered until January 9, 2025.

4. As previewed at the hearings, the Lender would not begin substantial efforts until entry of the Financing Order. Since the Financing Order, the Debtor has worked diligently to close the loan with the Lender. The steps include, among others, title issues; however, additional time is needed.

5. Paragraph 15 of the Financing Order states:

ORDERED, the loan contemplated herein shall close by January 31, 2025 unless extended by the Court. The Debtor may file a motion to extend this deadline and such motion shall be filed by January 20, 2025.

Financing Order at paragraph 15.

6. The Debtor previously sought and obtained an extension through February 21, 2025 in which to close the loan contemplated by the Financing Order. (ECF No. 124). The prior lender, Republic, did not close on the loan; however, alternative funding by Arch Creative Financial Solutions would be utilized in a manner consistent with the Financing Order.[1]

7. Good cause exists for the extension based on the facts above coupled with the substantial payoffs and pay downs of loans held by RBI and the SBA. Moreover, this loan

---

[1] The Debtor intends to file a supplement with great detail on the Arch Loan Terms.

represents the best opportunity to pay the creditors of the estate. The debtor seeks an additional 14 day extension to close on the loan.

WHEREFORE, the Debtor respectfully requests that this Court grant an extension of the deadline to close on the loan contemplated by the Financing Order through and until March 7, 2025; and grant the Debtor the relief sought, and such other relief deemed appropriate.

Dated: February 21, 2025

BEIGHLEY, MYRICK, UDELL,
LYNNE & ZEICHMAN, PA
Local Counsel for Debtor
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
By: /Thomas G. Zeichman
THOMAS G. ZEICHMAN
Florida Bar No. 99239

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing via CM/ECF on all parties registered to receive such notice in this case.

Dated: February 21, 2025.

Respectfully submitted,

By:     /s/ Thomas G. Zeichman
        THOMAS G. ZEICHMAN
        Florida Bar No. 99239